IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Courtney Lewis,<br><br>              Plaintiff,<br><br>v.<br><br>Sedgwick Claims Management Services, Inc.,<br><br>              Defendant. | No. CV13-1195 PHX DGC<br><br>**ORDER** |

The court has reviewed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3).

**IT IS ORDERED DENYING** the application for leave to proceed in forma pauperis without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff shall have 10 days from the entry of this Order to pay the filing fee of $400.00. The Clerk of Court is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $400.00 within 10 days of the entry of this Order.

Dated this 22nd day of July, 2013.

David G. Campbell
United States District Judge